MARGARET DUNN, Respondent, *v.* THE STAR FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

(Argued April 27, 1886, decided June 1, 1886.)

*William G. Wilson* for appellant.

*Alfred J. Baker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.